| | |
|---|---|
| Uleses C. Henderson, Jr. (*pro hac vice*) <br> uhenderson@onellp.com <br> Stephen M. Lobbin (*pro hac vice*) <br> slobbin@onellp.com <br> **ONE LLP** <br> 9301 Wilshire Blvd, Penthouse Suite <br> Beverly Hills, CA  90210 <br> Telephone:  310.866.5157 <br> Facsimile:  310.919.2835 <br><br> Gregory P. Sitrick (SBN 028756) <br> gregrory.sitrick@quarles.com <br> **QUARLES & BRADY LLP** <br> One Renaissance Square <br> Two North Central Avenue <br> Phoenix, AZ  85004 <br> Telephone:  602.229.5317 <br> Facsimile:  602.420.5198 <br><br> *Attorneys for Plaintiffs,* **Bestway Inflatables & Materials Corporation** *and* **Bestway (USA), Inc.** | Scot L. Claus (SBN 014999) <br> sclaus@dickinsonwright.com <br> **DICKINSON WRIGHT PLLC** <br> 1850 North Central Ave., Ste. 1400 <br> Phoenix, AZ  85004-4568 <br> Telephone:  602.285.5000 <br> Facsimile:  602.285.5100 <br> courtdocs@dickinsonwright.com <br><br> R. Trevor Carter (*pro hac vice* forthcoming) <br> Trevor.Carter@FaegreBD.com <br> **FAEGRE BAKER DANIELS LLP** <br> 300 N. Meridian St., Ste. 2700 <br> Indianapolis, IN  46024-1750 <br> Telephone:  317.237.0300 <br> Facsimile:  317.237.1000 <br><br> *Attorneys for Defendants,* **Intex Recreation Corp., Intex Development Company Ltd.,** *and* **Intex Industries (Xiamen) Co., Ltd.** |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BESTWAY INFLATABLES & MATERIALS CORPORATION, a China corporation; and BESTWAY (USA), INC., an Arizona corporation, <br><br> *Plaintiffs*, <br><br> *v*. <br><br> INTEX RECREATION CORP., a California corporation; INTEX DEVELOPMENT COMPANY LTD., a Hong Kong corporation; and INTEX INDUSTRIES (XIAMEN) CO., LTD., a China corporation, <br><br> *Defendants*. | CASE NO. 2:16-cv-00017-SPL <br><br> HON. STEVEN P. LOGAN <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br> **Fed. R. Civ. P. 41(a)(1)(A)(2)** |

In its May 2, 2016 Order (Doc. No. 38 at 2), the Court directed "[t]hat if the USPTO institutes review of all Challenged Claims, the parties shall file a stipulation of dismissal without prejudice, subject to reinstatement on motion of any party or parties, and subject to Defendants' agreements with respect to venue and service, no later than June 30, 2016." On June 6, 2016, the USPTO "institute[d] *inter partes* review of all Challenged Claims." *See Intex Recreation Corp. v. Bestway Inflatables & Material Corp.*, No. IPR2016-00180, Paper 13, at 2 (P.T.A.B. June 6, 2016). Therefore, pursuant to the Court's May 2, 2016 Order, IT IS HEREBY STIPULATED THAT:

1. This action is dismissed without prejudice; and
2. This action is subject to reinstatement on motion of any party or parties, and subject to Defendants' agreements with respect to venue and service (*see* Doc. No. 33 at 3-4).

Dated: June 30, 2016

Respectfully submitted,

/s/ Stephen M. Lobbin
Uleses C. Henderson, Jr. (*pro hac vice*)
uhenderson@onellp.com
Stephen M. Lobbin (*pro hac vice*)
slobbin@onellp.com
**ONE LLP**
9301 Wilshire Blvd, Penthouse Suite
Beverly Hills, CA 90210
Telephone: 310.866.5157

Gregory P. Sitrick (SBN 028756)
gregrory.sitrick@quarles.com
**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone: 602.229.5317

*Attorneys for Plaintiffs*

/s/ Scot L. Claus
Scot L. Claus (SBN 014999)
sclaus@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Ave., Ste. 1400
Phoenix, AZ 85004-4568
Telephone: 602.285.5000
courtdocs@dickinsonwright.com

R. Trevor Carter (*pro hac vice* forthcoming)
Trevor.Carter@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
300 N. Meridian St., Ste. 2700
Indianapolis, IN 46024-1750
Telephone: 317.237.0300

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2016, I electronically transmitted the attached document using the CM/ECF system for filing, which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Stephen M. Lobbin*

3

**Parties' Stipulation of Dismissal Without Prejudice**
**Case No. 2:16-cv-00017-SPL**